UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>ROGER RAMSEY (2),<br><br>                          Defendant. | Case No.: 17CR0879-JAH<br><br>**ORDER REGARDING PAYMENTS MADE BY DEFENDANT PURSUANT TO THE PLEA AGREEMENT** |

IT IS HEREBY ORDERED pursuant to the plea agreement, Defendant has agreed to pay $24,406.00 as a financial penalty within 24-months from the date of entry of the plea agreement. *See* Doc. No. 88. The Clerk of Court shall accept payments made by or on behalf of Defendant Roger Ramsey for the above financial penalty, and deposit said payments into the Crime Victims Fund.

**IT IS SO ORDERED.**

DATED: February 28, 2020

                                                              _____
                                                              JOHN A. HOUSTON
                                                              UNITED STATES DISTRICT JUDGE