# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17CR0879-JAH |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |
| ROGER RAMSEY (2) | |
| Defendant. | |

IT IS HEREBY ORDERED that the joint motion to dismiss the charges in the indictment as to Defendant Roger Ramsey is GRANTED. The charges against Defendant Ramsey are dismissed without prejudice. It is further ordered that the status hearing scheduled for June 30, 2020 is VACATED.

Dated: 6/29/2020

_____
HON. BARBARA L. MAJOR
United States Magistrate Judge